OPINION — AG — **** SCHOOL DISTRICT ELECTION — QUALIFIED VOTER **** A PERSON WHO OWNS PROPERTY AND PAYS AD VALOREM TAXES THEREON IN A SCHOOL DISTRICT, BUT WHO IS NOT A LEGAL RESIDENT THEREIN IS NOT LEGALLY QUALIFIED TO VOTE IN A SCHOOL DISTRICT ELECTION, WHEREIN THE ELECTORS OF SUCH DISTRICT ARE VOTING ON THE TEN (10) MILL LOCAL SUPPORT LEVY PROVIDED FOR IN ARTICLE X, SECTION 9(D-1), OKLAHOMA CONSTITUTION. CITE: 70 O.S. 1969 Supp. 1-15 [70-1-15], ARTICLE III, SECTION 1 (W. J. MONROE)